IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WORTH & COMPANY, INC.          :          CIVIL ACTION
                               :
         v.                    :
                               :
PETER VON GETZIE, et al.       :          NO. 13-6927

<u>ORDER</u>

AND NOW, this 2nd day of April, 2014, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of the defendants to dismiss the amended complaint (Doc. # 11) is GRANTED:

(1)  in favor of the defendant Pennsylvania Apprenticeship and Training Council and against plaintiff Worth & Company, Inc. under Rule 12(b)(1) of the Federal Rules of Civil Procedure on all counts of the amended complaint;

(2)  in favor of the defendant individual members of the Pennsylvania Apprenticeship and Training Council, PATC Acting Director Peter Von Getzie, and Secretary of the Pennsylvania Department of Labor & Industry Julia K. Hearthway and against the plaintiff Worth & Company, Inc.:

-2-

A. under Rule 12(b)(6) of the Federal Rules of Civil Procedure on counts one, two, three, and four of the amended complaint; and

B. under Rule 12(b)(1) of the Federal Rules of Civil Procedure on count five of the amended complaint.

BY THE COURT:


/s/ Harvey Bartle III
                                                J.